UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 06CR2106-BEN |
| ) | |
| Plaintiff, ) | ORDER COMMITTING DEFENDANT |
| ) | TO THE CUSTODY OF THE ATTORNEY |
| v. ) | GENERAL PURSUANT TO 18 U.S.C. § 4241(d) |
| ) | |
| LUIS ANGEL CERVANTES-CAMACHO, ) | |
| aka RAMON CASILLAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On March 9, 2007, this matter came before this Court at hearing regarding the mental competency of the defendant, LUIS ANGEL CERVANTES-CAMACHO, aka RAMON CASILLAS. Defendant was present. Assistant United States Attorney Valerie H. Chu appeared on behalf of the United States. Attorney Sylvia Baiz appeared on behalf of Defendant.

This Court found that Defendant is not competent to proceed. Accordingly, IT IS ORDERED that Defendant be and hereby is committed to the custody of the Attorney General for hospitalization for treatment in a suitable facility for a period not exceeding four months, to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

When the director of the facility in which Defendant is hospitalized pursuant to this order determines that Defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, he shall promptly file a Certificate to that effect.

1  If, by the end of the four month period, the director of the facility in which Defendant is hospitalized believes that Defendant is not then competent to proceed, but that there is a substantial probability that within an additional period of time Defendant will attain the capacity to permit the trial to proceed, he shall so indicate in a Status Report, specifying the length of the additional period of time and the grounds upon which the conclusion is based.

IT IS FURTHER ORDERED that any Status Report or Certificate be sent to this Court with copies to Sylvia Baiz, attorney for Defendant, at 964 Fifth Avenue, Suite 214, San Diego, California, 92101, and to AUSA Valerie H. Chu, at 880 Front Street, Suite 6293, San Diego, California, 92101.

This Court shall conduct a Competency Hearing pursuant to 18 U.S.C. §§ 4241(e) and § 4247(d) on July 13, 2007. IT IS ORDERED, unless otherwise directed by this Court, that **Defendant be present at the Competency Hearing.**

Defendant having been found incompetent, the time between March 9, 2007 and July 13, 2007 is excluded pursuant to 18 U.S.C. § 3161 (h)(4).

IT IS SO ORDERED.

DATED: March 13, 2007

Hon. Roger T. Benitez
United States District Judge

2